1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GLEN PETTIBONE,

        Plaintiff,

    v.

MEDTRONIC, INC.,

        Defendant.

Case No.  21-cv-02599-YGR   (RMI)

**ORDER RE: DISCOVERY DISPUTE**

Re: Dkt. No. 53

Now pending before the court is Plaintiff's request to enlarge the remaining 32 minutes of deposition time regarding Defendant's 30(b)(6) witness to allow for a total of 3 hours of further deposition time due to two reasons. *See* Ltr. Br. (dkt. 53) at 4. First, Plaintiff states that Defendant produced a 27-page technical document at 4:00 pm on the day preceding the deposition – the timing of which precluded Plaintiff from effecting a fulsome review of the document before the deposition the next day, as well as preventing Plaintiff from having his expert review and opine as to the contents of the document in advance of the deposition. Second, Plaintiff complains that an inordinate portion of this deposition was consumed by defense counsel's allegedly improper tactics in the nature of approximately 131 objections or statements regarding objections, 240 independent interjections or interruptions, 60 incidents of improperly coaching the witness, 4 occasions of instructing the witness not to answer on matters unrelated to privilege, and 12 occasions of answering for the witness. Consequently, Plaintiff requests three additional hours of deposition time relating to two topics: the late-produced document and questioning regarding an affirmative defense asserted by Defendant but which was reportedly the subject of obstructive tactics by Defendant's counsel, thereby reportedly frustrating Plaintiff's ability to effectively

conduct the deposition in that regard.

Defendant objects, and (as to the affirmative defense issue) contends that Plaintiff's questioning during the deposition was overly broad and beyond the scope of the topics for which this witness was made available for deposition. For the reasons stated by Plaintiff, Defendant's objections are **OVERRULED**, and Plaintiff's request for a total of 3-hours of further deposition time is **GRANTED**. It is therefore **ORDERED** that Plaintiff shall be able to continue his deposition of the witness in question for an additional three hours. Let the Parties and their counsel be forewarned that the court expects them to proceed through the remainder of this deposition in an orderly and collegial fashion, such that there shall be no need for further court involvement.

**IT IS SO ORDERED.**

Dated: July 26, 2022

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California

2